# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2070

_____

Brad Stephen Francis; Christine Carol Francis

*Plaintiffs - Appellants*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 28, 2017
Filed: January 3, 2018
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Brad and Christine Francis appeal from the order of the District Court[1] dismissing their civil suit challenging their liability for federal taxes and penalties under the Internal Revenue Code.

After careful review, we conclude that dismissal was proper for the reasons explained by the district court.  See LeMay v. U.S. Postal Serv., 450 F.3d 797, 799 (8th Cir. 2006) (standard of review).  The judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.